UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:11-MJ-1212-1RJ

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| Jermaine Domminick Howard | ) | |

On June 14, 2012, Jermaine Domminick Howard appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired, 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation. On June 6, 2013, the term of probation was extended 6 months until December 12, 2013.

From evidence presented at the revocation hearing on March 12, 2014, the court finds as a fact that Jermaine Domminick Howard, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
3. Failure to refrain from excessive use of alcohol.
4. Failure to complete the custodial term.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 5 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 12th day of March, 2014.

Robert B. Jones, Jr.
U.S. Magistrate Judge